BEFORE THE THIRD DIVISION, SEPTEMBER 19, 1939

**No. 42221.**—Protest 834177–G of Ellis Klatscher & Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the claim for free entry as joss stick under paragraph 1703 was sustained.